# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2103

_____

Lee L. Grantham,

        Appellant,

    v.

Cole County Commission; John
Hemeyer, Cole County Sheriff;
Eric Peters; Michael Forck; Eric
Peters; Jason Ambler; Russ
Bemboom; Jason Bias; Evan
DeBrunce; Gary Hill; Amy
Pierce; Conley, Dr.

        Appellees.

\*   Appeal from the United States
\*   District Court for the Western
\*   District of Missouri.
\*
\*        [UNPUBLISHED]

_____

Submitted: March 30, 2001

Filed: April 10, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Former Missouri prisoner Lee L. Grantham appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his 42 U.S.C. § 1983 action, and the denial of his motion for injunctive relief. After de novo review, see Gordon v. Hansen, 168 F.3d 1109, 1113 (8th Cir. 1999) (per curiam), we conclude that he failed to state any section 1983 claims upon which relief may be granted. We further conclude that the district court correctly denied Mr. Grantham's motion for injunctive relief, and we deny Mr. Grantham's motion on appeal to file an addendum to his reply brief.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.